UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI COOLERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RTIC COOLERS, LLC, <br><br> Defendant. | CASE NO. 1:15CV597-RP |

## RTIC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendant, RTIC Coolers, LLC, without waiving any defenses described or referred to in Federal Rule 12, moves to extend the time to object to, respond to, move, or otherwise answer Yeti Coolers, LLC's complaint by 30 days. Yeti does not oppose RTIC's requested extension. The current deadline to answer is August 10, 2015. The extended deadline would be September 9, 2015.

This motion is not made for delay, but only to permit orderly resolution of issues in the case.

Wherefore, RTIC respectfully requests that the Court extend the time to object to, respond to, move, or otherwise answer the complaint by 30 days, until September 9, 2015.

Dated:  August 6, 2015    Respectfully Submitted

                                      FISH & RICHARDSON P.C.

By: /s/ Bailey K. Harris
     Neil J. McNabnay
     mcnabnay@fr.com
     Texas Bar No. 24002583
     P. Weston Musselman, Jr. *(admitted pro hac vice)*
     Musselman@fr.com
     Texas Bar No. 14749600
     Ricardo J. Bonilla *(admitted pro hac vice)*
     rbonilla@fr.com
     Texas Bar No. 24082704
     1717 Main Street, Suite 5000
     Dallas, TX 75201
     (214) 747-5070 – Telephone
     (214) 747-2091 – Facsimile

     Bailey K. Karris *(admitted pro hac vice)*
     bharris@fr.com
     Texas Bar No. 24083139
     1221 McKinney St., Suite 2800
     Houston, TX 77010
     (713) 654-5300 – Telephone
     (713) 652-0109 – Facsimile

**COUNSEL FOR DEFENDANT**
**RTIC COOLERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 6, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Bailey K. Harris
Bailey K. Harris
