FILED

DEC 1 4 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

YETI Coolers, LLC,

    Plaintiff,

v.

RTIC Coolers, LLC,

    Defendant.

Civil Action No. 1:15-cv-00597-RP

Judge Robert L. Pitman

Special Master Karl Bayer

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Scheduling Order is entered by the Court:

| Event | Proposed Deadline |
|---|---|
| Rule 26(f) conference | September 29, 2015 |
| Proposed joint scheduling order submission | October 5, 2015 |
| Exchange of Rule 26(a)(1)(A) initial disclosures | October 12, 2015 |
| File notice concerning reference to United States Magistrate Judge | October 12, 2015 |
| YETI provides written settlement offer | October 16, 2015 |
| RTIC provides written response to YETI's settlement offer | October 27, 2015 |
| Initial pretrial conference | November 2, 2015 |
| File ADR Report | November 6, 2015 |
| YETI's infringement contentions and claim chart for the '819 Patent | November 20, 2015 |
| YETI to identify any issued utility patents it plans to add to its Complaint and the claims it believes are infringed for the coolers RTIC has said it will produce by December 18, 2015. | December 11, 2015 |

| Event | Proposed Deadline |
|---|---|
| YETI to identify any issued design patents it plans to add to its Complaint and the claims it believes are infringed for the coolers RTIC has said it will produce by December 18, 2015. | December 30, 2015 |
| YETI's infringement contentions and claim chart(s) for any patents (utility and design) it plans to add to its Complaint by January 15, 2016 | January 15, 2016 |
| RTIC's invalidity contentions and claim chart for the '819 Patent | January 25, 2016 |
| RTIC's invalidity contentions and claim chart for any patents YETI adds to its Complaint by January 15, 2016 | February 22, 2016 |
| Simultaneous exchange of proposed terms for construction | March 2, 2016 |
| File and serve motions seeking to join other parties or amend pleadings | March 3, 2016 |
| Simultaneous exchange of proposed patent claim constructions | March 8, 2016 |
| Patent tutorial before Special Master Bayer | March 23, 2016 @ 9:00 am |
| Deadline for the parties to meet and confer regarding proposed patent claim constructions | March 31, 2016 |
| Opening patent *Markman* briefs (simultaneous), the parties understand that Special Master Bayer intends that a presumptive 20 page limit applies, and leave from Special Master Bayer is required for briefs longer than 20 pages.<br><br>To the extent the parties intend to rely on expert reports for purposes of *Markman* proceedings, expert reports will be due the same date. Expert depositions will occur between March 31, 2016 and April 22, 2016. | April 7, 2016 |
| Rebuttal patent *Markman* briefs (simultaneous), the parties understand that Special Master Bayer intends that a presumptive 5 page limit applies, and leave from Special Master Bayer is required for briefs longer than 5 pages. | April 21, 2016 |
| Patent *Markman* hearing | April 28-29, 2016 @ 9am |

| Event | Proposed Deadline |
|---|---|
| Post-hearing patent *Markman* briefs (simultaneous), the parties understand that Special Master Bayer intends that a presumptive 20 page limit applies, and leave from Special Master Bayer is required for briefs longer than 20 pages. | Two weeks after the Parties receive the transcript of the Markman hearing (approx. May 12, 2016) |
| Post-hearing rebuttal patent *Markman* briefs (simultaneous), the parties understand that Special Master Bayer intends that a presumptive 5 page limit applies, and leave from Special Master Bayer is required for briefs longer than 5 pages. | Two weeks after opening post-hearing briefs (approx. May 26, 2016) |
| Exchange burden of proof expert reports (Fed. R. Civ. P. 26(a)(2)(B)) | September 20, 2016 |
| Exchange rebuttal expert reports (Fed. R. Civ. P. 26(a)(2)(B)) | October 11, 2016 |
| Close of all discovery | November 4, 2016 |
| Deadline to file and serve dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 | November 18, 2016 |
| Responses to dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 | December 7, 2016 |
| Replies in support of dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 | December 21, 2016 |
| Trial (Jury Selection & Trial) 9am | Week of February 21, 2017 |
| Approximate length of jury trial | 4-6 days |

SIGNED this 14th day of December, 2015.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

3