UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Yeti Coolers, LLC            §
                             §   CIVIL NO:
vs.                          §   AU:15-CV-00597-RP
                             §
RTIC Coolers, LLC            §

# LIST OF WITNESSES FROM MARKMAN HEARING HELD APRIL 28-29, 2016

| **BY PLAINTIFF** | **BY DEFENDANT** |
| --- | --- |
| 1. Dr. Richard Haygood Crawford, Jr. | 1. Matthew Stein |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |