UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Yeti Coolers, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:15-CV-00597-RP |
| | § | |
| RTIC Coolers, LLC | § | |

# EXHIBITS FROM MARKMAN HEARING
# HELD APRIL 28-29, 2016

| Exhibit | Description | Date Admitted |
|---|---|---|
| P59 | Dr. Crawford's expert report | 04/28/16 |
| P60 | Dr. Crawford's CV | 04/2816 |
| P4, 5, 6, 7,31 | Demonstrative: Coolers (photos substitited for actual coolers) | 04/28/16 |
| P100 | Demonstrative (power point presentation) | 04/28/16 |
| D1 | Demonstrative (Drawing regarding 'lip') | 04/28/16 |
| D2 | Demonstrative (Power Point Presentation) | 04/28/16 |
| D3 | Matthew Stein CV/Resume | 04/29/16 |
| D4 | Declaration of Matthew Stein | 04/29/16 |
| P40 | Figure 6 from patent | 04/29/16 |
| P101 | Demonstrative: All powerpoints used by Plaintiff | 04/29/16 |
| D6 | Demonstrative- drawing by Dr. Crawford | 04/29/16 |