# EXHIBIT 1

# SUBJECT TO PENDING MOTION TO SEAL