# EXHIBIT A

# Suzanne Lane

| | |
|---|---|
| **From:** | Wes Musselman |
| **Sent:** | Tuesday, December 06, 2016 6:56 AM |
| **To:** | mkrashin@bannerwitcoff.com |
| **Cc:** | Bailey Harris; Neil McNabnay; Thomas Melsheimer; Ricardo Bonilla; Natalie Arbaugh; Michael Bittner; Katrina Eash; Tommy Jacks; Sara Fish; Elizabeth Brenckman; Sheryl Koval Garko; Mark Puzella; wpoynter@kaleolegal.com; Jackob Ben-Ezra; jberghammer@bannerwitcoff.com; Victoria Webb |
| **Subject:** | RE: YETI v. RTIC - Rebuttal Expert Report - Professor Crawford |

Michael, the Defendants will need to seek relief from the Court if we cannot work something out. We can either meet and confer to discuss this issue during a break at Professor Crawford's deposition today or, if you need to have someone else participate with you, we can do it tomorrow (Wednesday). Please let me know your preference. If you propose Wednesday, I am available from 9-10 am CT and from 2 pm-6 pm CT.

Regards,

Wes

**Wes Musselman** :: Fish & Richardson P.C. :: 214 292 4030

**From:** Michael Krashin [mailto:MKrashin@bannerwitcoff.com]
**Sent:** Sunday, December 04, 2016 7:35 PM
**To:** Wes Musselman <musselman@fr.com>
**Cc:** Bailey Harris <bharris@fr.com>; Neil McNabnay <McNabnay@fr.com>; Thomas Melsheimer <melsheimer@fr.com>; Ricardo Bonilla <rbonilla@fr.com>; Natalie Arbaugh <Arbaugh@fr.com>; Michael Bittner <bittner@fr.com>; Katrina Eash <eash@fr.com>; Tommy Jacks <Jacks@fr.com>; Sara Fish <sfish@fr.com>; Elizabeth Brenckman <brenckman@fr.com>; Sheryl Koval Garko <garko@fr.com>; Mark Puzella <Puzella@fr.com>; wpoynter@kaleolegal.com; Jackob Ben-Ezra <ben-ezra@fr.com>; jberghammer@bannerwitcoff.com; Victoria Webb <VWebb@bannerwitcoff.com>
**Subject:** RE: YETI v. RTIC - Rebuttal Expert Report - Professor Crawford

Wes,

We do not agree to make Dr. Crawford available for two days of deposition.

Michael

Michael L. Krashin | Attorney
tel: 312.463.5466 | fax: 312.463.5001
**Banner & Witcoff, Ltd.** | mkrashin@bannerwitcoff.com

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Wes Musselman [mailto:musselman@fr.com]
**Sent:** Thursday, December 01, 2016 7:33 PM
**To:** Joseph Berghammer; Michael Krashin; Victoria Webb
**Cc:** Bailey Harris; Neil McNabnay; Thomas Melsheimer; Wes Musselman; Ricardo Bonilla; Natalie Arbaugh; Michael Bittner; Katrina Eash; Tommy Jacks; Sara Fish; Elizabeth Brenckman; Sheryl Koval Garko; Mark Puzella; wpoynter@kaleolegal.com; Jackob Ben-Ezra
**Subject:** FW: YETI v. RTIC - Rebuttal Expert Report - Professor Crawford

Counsel:

In view of the fact that Professor Crawford has provided three expert reports as to three different subject areas, this last one being 365 pages (plus exhibits), we will need a second day to complete Professor Crawford's deposition. Please provide a second date in addition to the December 6th date that has already been scheduled.

Regards,

Wes

**Wes Musselman ::** Fish & Richardson P.C. **::** 214 292 4030

**From:** Valerie A. Koleno [mailto:VKoleno@bannerwitcoff.com]
**Sent:** Tuesday, November 29, 2016 10:48 PM
**To:** Bailey Harris <bharris@fr.com>; Neil McNabnay <McNabnay@fr.com>; Thomas Melsheimer <melsheimer@fr.com>; Wes Musselman <musselman@fr.com>; Ricardo Bonilla <rbonilla@fr.com>; Natalie Arbaugh <Arbaugh@fr.com>; Michael Bittner <bittner@fr.com>; Katrina Eash <eash@fr.com>; Tommy Jacks <Jacks@fr.com>; Sara Fish <sfish@fr.com>; Elizabeth Brenckman <brenckman@fr.com>; Sheryl Koval Garko <garko@fr.com>; Mark Puzella <Puzella@fr.com>; wpoynter@kaleolegal.com; Jackob Ben-Ezra <ben-ezra@fr.com>
**Cc:** jberghammer@bannerwitcoff.com; mkrashin@bannerwitcoff.com; Victoria Webb <VWebb@bannerwitcoff.com>
**Subject:** YETI v. RTIC - Rebuttal Expert Report

Counsel:

You should have received an email from me tonight containing share file links to a rebuttal expert report and a letter containing a Certificate of Service. Please note that the share file links are only available until the date identified in the email.

As a courtesy, attached is a copy of the letter and Certificate of Service.

If there are any issues accessing the documents via the share file links, please let me know.

Best regards,
Valerie

Valerie Koleno | Sr. Litigation Paralegal
**Banner & Witcoff, Ltd.**
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
tel: 312.463.5506 | main: 312.463.5000 | fax: 312.463.5001
www.bannerwitcoff.com | vkoleno@bannerwitcoff.com



**Intellectual Property Law**
Chicago | Washington, DC | Boston | Portland, OR

IMPORTANT/CONFIDENTIAL: This message contains information from the law firm of Banner & Witcoff, Ltd. which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail.

```
*********************************************************************************
***********************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
*********************************************************************************
***********************
```

# Suzanne Lane

| | |
|---|---|
| **From:** | Wes Musselman |
| **Sent:** | Monday, December 05, 2016 10:45 AM |
| **To:** | mkrashin@bannerwitcoff.com |
| **Cc:** | Bailey Harris; Neil McNabnay; Thomas Melsheimer; Ricardo Bonilla; Natalie Arbaugh; Michael Bittner; Katrina Eash; Tommy Jacks; Sara Fish; Elizabeth Brenckman; Sheryl Koval Garko; Mark Puzella; wpoynter@kaleolegal.com; Jackob Ben-Ezra; jberghammer@bannerwitcoff.com; Victoria Webb |
| **Subject:** | Re: YETI v. RTIC - Rebuttal Expert Report - Professor Crawford |

Michael, I spoke with Joe about this issue for a few minutes Friday afternoon. He said it would be okay for us to raise the issue with Special Master Bayer on this morning's call, which I plan to do at the end of the call.

Regards,

Wes

**Wes Musselman ::** Principal **::** Fish & Richardson P.C.
1717 Main Street Suite 5000, Dallas, TX 75201
214 292 4030 direct **::** musselman@fr.com
fr.com **::** Bio **::**

---

**From:** Michael Krashin <MKrashin@bannerwitcoff.com>
**Sent:** Sunday, December 4, 2016 7:35 PM
**To:** Wes Musselman
**Cc:** Bailey Harris; Neil McNabnay; Thomas Melsheimer; Ricardo Bonilla; Natalie Arbaugh; Michael Bittner; Katrina Eash; Tommy Jacks; Sara Fish; Elizabeth Brenckman; Sheryl Koval Garko; Mark Puzella; wpoynter@kaleolegal.com; Jackob Ben-Ezra; jberghammer@bannerwitcoff.com; Victoria Webb
**Subject:** RE: YETI v. RTIC - Rebuttal Expert Report - Professor Crawford

Wes,

We do not agree to make Dr. Crawford available for two days of deposition.

Michael

Michael L. Krashin | Attorney
tel: 312.463.5466 | fax: 312.463.5001
**Banner & Witcoff, Ltd.** | mkrashin@bannerwitcoff.com

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Wes Musselman [mailto:musselman@fr.com]
**Sent:** Thursday, December 01, 2016 7:33 PM
**To:** Joseph Berghammer; Michael Krashin; Victoria Webb
**Cc:** Bailey Harris; Neil McNabnay; Thomas Melsheimer; Wes Musselman; Ricardo Bonilla; Natalie Arbaugh; Michael Bittner; Katrina Eash; Tommy Jacks; Sara Fish; Elizabeth Brenckman; Sheryl Koval Garko; Mark Puzella; wpoynter@kaleolegal.com; Jackob Ben-Ezra
**Subject:** FW: YETI v. RTIC - Rebuttal Expert Report - Professor Crawford

1

Counsel:

In view of the fact that Professor Crawford has provided three expert reports as to three different subject areas, this last one being 365 pages (plus exhibits), we will need a second day to complete Professor Crawford's deposition.  Please provide a second date in addition to the December 6th date that has already been scheduled.

Regards,

Wes

**Wes Musselman ::** Fish & Richardson P.C. **::** 214 292 4030

**From:** Valerie A. Koleno [mailto:VKoleno@bannerwitcoff.com]
**Sent:** Tuesday, November 29, 2016 10:48 PM
**To:** Bailey Harris <bharris@fr.com>; Neil McNabnay <McNabnay@fr.com>; Thomas Melsheimer <melsheimer@fr.com>; Wes Musselman <musselman@fr.com>; Ricardo Bonilla <rbonilla@fr.com>; Natalie Arbaugh <Arbaugh@fr.com>; Michael Bittner <bittner@fr.com>; Katrina Eash <eash@fr.com>; Tommy Jacks <Jacks@fr.com>; Sara Fish <sfish@fr.com>; Elizabeth Brenckman <brenckman@fr.com>; Sheryl Koval Garko <garko@fr.com>; Mark Puzella <Puzella@fr.com>; wpoynter@kaleolegal.com; Jackob Ben-Ezra <ben-ezra@fr.com>
**Cc:** jberghammer@bannerwitcoff.com; mkrashin@bannerwitcoff.com; Victoria Webb <VWebb@bannerwitcoff.com>
**Subject:** YETI v. RTIC - Rebuttal Expert Report

Counsel:

You should have received an email from me tonight containing share file links to a rebuttal expert report and a letter containing a Certificate of Service. Please note that the share file links are only available until the date identified in the email.

As a courtesy, attached is a copy of the letter and Certificate of Service.

If there are any issues accessing the documents via the share file links, please let me know.

Best regards,
Valerie

Valerie Koleno | Sr. Litigation Paralegal
**Banner & Witcoff, Ltd.**
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
tel: 312.463.5506 | main: 312.463.5000 | fax: 312.463.5001
www.bannerwitcoff.com | vkoleno@bannerwitcoff.com


**Intellectual Property Law**
Chicago | Washington, DC | Boston | Portland, OR

IMPORTANT/CONFIDENTIAL: This message contains information from the law firm of Banner & Witcoff, Ltd. which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail.

```
***************************************************************************************
***********************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
***************************************************************************************
***********************
```