# EXHIBIT D

**Suzanne Lane**

| | |
|---|---|
| **From:** | mkrashin@bannerwitcoff.com |
| **Sent:** | Sunday, December 04, 2016 8:45 PM |
| **To:** | Sara Fish |
| **Cc:** | Wes Musselman; Bailey Harris; Jackob Ben-Ezra; Natalie Arbaugh; Victoria Webb; jberghammer@bannerwitcoff.com |
| **Subject:** | RE: RTIC/YETI - Coolers for Crawford Deposition |

Sara, we agree to have the cross-sectioned YETI and RTIC coolers identified in Dr. Crawford's opening report on the asserted patents available at his deposition on Tuesday, December 6.

We do not agree to bring additional materials based on your email below.

Michael

Michael L. Krashin | Attorney
tel: 312.463.5466 | fax: 312.463.5001
**Banner & Witcoff, Ltd. |** mkrashin@bannerwitcoff.com

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Sara Fish [mailto:sfish@fr.com]
**Sent:** Friday, December 02, 2016 10:44 AM
**To:** Victoria Webb; Michael Krashin; Joseph Berghammer
**Cc:** Wes Musselman; Bailey Harris; Jackob Ben-Ezra; Natalie Arbaugh
**Subject:** RTIC/YETI - Coolers for Crawford Deposition

Hi Vicki and Michael,

Can you please bring or have Dr. Crawford bring with him to the deposition on Tuesday December 6th the RTIC coolers and YETI coolers that Dr. Crawford references in his three expert reports?  Specifically, Dr. Crawford's report relating to patent infringement indicates he relied on "RTIC's current coolers" and "YETI's coolers" (Report at 6), and his report relating to cooler performance indicates he relied on "physical samples and images of YETI's" coolers (Report at 7).

We also request that Dr. Crawford bring with him any additional documents or materials relating to the CAD/Solidworks modeling and testing Dr. Crawford conducted to support his cooler performance report that have not already  been produced.

Thank you,

**Sara Fish**
Associate **::** Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor, Atlanta, GA 30309
404 724 2846 direct **::** sfish@fr.com


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * *

1

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
***************************************************************************************************
*************************