# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF TEXAS

AUSTIN DIVISION

_____

YETI COOLERS, LLC,             )

Plaintiff,                     )

v.                             )  Case No.

RTIC COOLERS, LLC,             )  1:15-cv-597-RP

JOHN JACOBSEN, and             )

JAMES JACOBSEN,                )

Defendants.                    )

_____)


CONFIDENTIAL INFORMATION



VIDEOTAPED DEPOSITION OF KIRK DEETER

WEDNESDAY, NOVEMBER 30, 2016

DENVER, COLORADO

Page 18

1            (Whereupon, Exhibit Deeter 305,
2      Kirk Deeter LinkedIn page, No Bates,
3      was marked for identification.)
4                   - - -
5      Q.     Mr. Deeter, you have just been
6  handed a document marked Exhibit 305. Do you
7  see that?
8      A.     I do.
9      Q.     Do you recognize this document?
10     A.     Yeah. I think it's my LinkedIn
11 page.
12     Q.     You said that -- you said it
13 was your LinkedIn page?
14     A.     Yes.
15     Q.     So, Mr. Deeter, I want to spend
16 some time talking with you about your
17 education and experience. Okay?
18     A.     Um-hum.
19     Q.     Looking at your LinkedIn page,
20 I see that there are three entries here under
21 Experience. Do you see that?
22     A.     Yes.

Page 19

1      Q.     Those three entries relate to
2  Trout magazine, Angling Trade, and Field &
3  Stream; is that right?
4      A.     That's right.
5      Q.     Is what's on your LinkedIn
6  page accurate as of today?
7      A.     Yes.
8      Q.     Okay. And those three items in
9  the Experience section I just mentioned are
10 the extent of what's in your LinkedIn
11 profile; is that right?
12     A.     Yes. I don't really use
13 LinkedIn much, but that's what I have on
14 there.
15     Q.     Understood.
16            I believe that you actually
17 address Trout magazine, or Trout, and Angling
18 Trade and Field & Stream in your report; is
19 that right?
20     A.     Yes.
21     Q.     Okay. So we'll put this aside
22 and address those when we get to your report.

Page 20

1            So right now, let's move
2  earlier in time to a period that I don't
3  believe is covered by your LinkedIn page or
4  your report, and that would be what you did
5  upon the completion of high school. Okay.
6      A.     Okay.
7      Q.     So did you go to college,
8  Mr. Deeter?
9      A.     I did.
10     Q.     Where did you go to college?
11     A.     University of Michigan.
12     Q.     And when did you obtain your
13 degree from there?
14     A.     I finished in 1988.
15     Q.     And how many degrees did you
16 obtain from the University of Michigan?
17     A.     None. I was -- studied there
18 until I was -- you know, four years, but
19 English was what I studied.
20     Q.     You're saying you did not
21 receive a degree from the university?
22     A.     That's right.

Page 21

1      Q.     And English is what you
2  studied?
3      A.     Yes.
4      Q.     Okay. Was that the extent of
5  your education after high school?
6      A.     Yes.
7      Q.     So I'll explain first what I'd
8  like to do and then I'll ask you a fresh
9  question.
10            But I'd like to step through
11 your work and professional experience after,
12 now, the University of Michigan up through
13 what you do today.
14     A.     Okay.
15     Q.     So what did you do after you --
16 after 1988 when you finished your time at the
17 University of Michigan?
18     A.     I became a reporter at the
19 Doylestown Intelligencer, in Doylestown,
20 Pennsylvania. I was a sports reporter.
21     Q.     And what year did you start
22 there?

Page 22

1     A.    In 1988.
2     Q.    And you reported on sports, you
3 said.
4     A.    Yes.
5     Q.    Which sports?
6     A.    Mostly high school sports.
7     Q.    Like basketball, football?
8     A.    Wrestling, basketball,
9 football, swimming.
10     Q.    And how long were you working
11 as a reporter in Doylestown?
12     A.    I believe it was two years.
13 I'm not entirely sure, but I think two years.
14     Q.    And what did you do after that?
15     A.    I started working at Deeter
16 Associates, which is -- my father has a
17 marketing and communications agency.  At that
18 time, it was based in Princeton, New Jersey,
19 and now -- it still operates -- it's based in
20 Doylestown, Pennsylvania.  It's called -- now
21 called Deeter USA.
22     Q.    Do you still work -- strike

Page 23

1 that.
2     Do you still do any work in
3 connection with what's now Deeter USA?
4     A.    No, I do not.
5     Q.    And when did you finish working
6 in connection with Deeter USA?
7     A.    Around 2002.
8     Q.    And just so we're clear.  I
9 said "Deeter USA," but I also mean the
10 company as it was known before that.
11     A.    Yes.
12     Q.    And the answer was 2002?
13     A.    Yes.  I -- it's kind of
14 nebulous because I -- you know, they're my
15 family, so we would sit at the dinner table
16 and talk about different things and so forth.
17 But I think I stopped getting paid from them
18 -- and maybe I would work on a project -- you
19 know, write them a press release or write
20 them something.  Probably -- that would
21 extend right up until about 2004, when
22 I started working for Field & Stream.

Page 24

1     Q.    So just so I understand.  You
2 stopped being paid in 2002; is that right?
3     A.    Well, I don't know the answer.
4 I don't know exactly.  I -- what happened was
5 I started writing more in the outdoors.  And
6 first started writing freelance for outdoor
7 magazines and so forth and maintained work as
8 a consultant on the marketing side, and did a
9 lot of that work through Deeter but also some
10 on my own.  And then as I got more successful
11 on the outdoor writing side, one eclipsed the
12 other.
13     So I can't tell you
14 definitively when I wrote my last marketing
15 job and got paid for that -- and I still talk
16 to my family about different stuff -- but
17 I would assume that, you know, it's right
18 around the time that Field & Stream took off
19 is when I was able to fully focus on the
20 outdoor.
21     Q.    And you say around the time
22 when Field & Stream took off.  Did you say

Page 25

1 that was 2004?
2     A.    Yeah, I think so.  I think
3 that's when I got my first assignment.
4     Q.    So regarding your work with the
5 family's company, Deeter Associates and
6 Deeter USA, what -- how would you describe
7 your role with the company and what you did
8 for the company?
9     A.    I was a client director.  I was
10 young, but I managed accounts.  So I was the
11 lead on representing Roche Molecular
12 Diagnostics and Roche Pharmaceuticals.
13     I managed campaigns on things
14 like viral load testing, which at that time
15 was key when they were doing AIDS and --
16 infectious drug -- infectious disease
17 testing, monitoring the amount of virus in a
18 person's body, hepatitis C, hepatitis B, HIV,
19 and those types of things.  And we did the
20 testing that allowed doctors to change drug
21 treatment therapies and cocktails for those
22 to suppress the virus.  That was one of the

Page 30

1   Q.   Do you recall you, personally,
2   engaging in preparing and disseminating and
3   analyzing marketing surveys?
4           MR. SHULL:  Object to the form
5       of the question.
6   A.   I don't recall.
7   BY MR. BEN-EZRA:
8   Q.   Mr. Deeter, have we so far
9   covered everything that you've done, work and
10  experiencewise, from graduation of high
11  school through 2004?
12  A.   Pretty much, yeah.
13  Q.   Well, is there anything else?
14  A.   Well, I -- like I said, I was a
15  reporter, I worked at Deeter, and I worked --
16  did some work on my own as a consultant with
17  some of my clients I worked, but it was in
18  the same marketing and communications, PR
19  advertising world.
20          And, as I said, I started to
21  freelance outdoor stuff, and that eclipsed
22  the other, which brings us to, you know --

Page 31

1   oh, well, I had written a book -- two books
2   at that point.
3           In 2002, I wrote a book called
4   Cast Work.  It was about fishing guides.  And
5   I had been working on that book since
6   1997-'98, traveling in the West and fishing
7   with guides.  It was printed by Willow Creek
8   Press in 2002.  And that's what -- and then
9   we did a sequel in 2003 called Tide Line.
10          And those were the books that
11  were discovered by Field & Stream that got me
12  to write stories for Field & Stream.  They
13  were my break to Field & Stream.
14  Q.   Do you know if those books are
15  identified in your report?
16  A.   I don't remember offhand if
17  they are.  I think they are.  I don't know.
18  Q.   Okay.  We'll get to your
19  report.  That's okay.
20  A.   Thank you.
21  Q.   So is it fair to say that the
22  next work experience you had was Field &

Page 32

1   Stream?
2           MR. SHULL:  Object to the form
3       of the question.
4   A.   Well, throughout that time, it
5   was -- I was freelancing very much, so I
6   would write stories for various publications.
7   And Field & Stream became -- obviously, since
8   it's the largest outdoors brand in the world,
9   it was important, you know, to get a story
10  there.  And I got my first assignment, and
11  then my next and my next.
12          I actually applied for a job at
13  Field & Stream, and went in for an interview,
14  and the editor said, you know, How much do
15  you fish, and where do you live, and all that
16  stuff.  And I told him where I lived and how
17  much I fish.
18          And he said, Why would you want
19  to come work in New York?  Why don't you stay
20  in Colorado and write stories for Field &
21  Stream.
22          Which was the coolest thing

Page 33

1   anyone's ever done for me.  So that's when
2   I say "my break."  I mean, it's heartfelt,
3   but I really think that they helped me out.
4   Q.   So in that time period when you
5   were writing with the goal of, like you said,
6   making -- getting your break with Field &
7   Stream, did your writing focus on fishing?
8           MR. SHULL:  Object to the form
9       of the question.
10  A.   Well, I did a number of things.
11  I wrote about fishing, because that was an
12  interest for sure, but I was still doing a
13  lot of the writing, like I said, freelancing
14  on, you know, biotech and things like that.
15          Yeah, I think that's the
16  extent.
17  BY MR. BEN-EZRA:
18  Q.   Anything beyond biotech?
19  A.   Well, you know, again, the
20  consulting stuff, healthcare could have been,
21  you know -- we did Visible Genetics.  My wife
22  and I did a newsletter for them.

Page 142

1  opinion, expert or otherwise, on the legal
2  concept of fame; is that right?
3          MR. SHULL:  Object to the form
4      of the question.
5      A.      I've never rendered a legal
6  opinion on the concept of fame.
7  BY MR. BEN-EZRA:
8      Q.      Have you rendered a nonlegal
9  opinion on the concept of fame?
10     A.      I would -- yeah.  In the
11 stories I've written, I've called things, you
12 know, famous, notable, traditional, you know,
13 iconic, established, the major brands that
14 define our industry, those types of things.
15     Q.      And have you ever offered an
16 expert opinion regarding the notion of
17 something being famous in the context of
18 trademark or trade dress law?
19         MR. SHULL:  Object to the form
20     of the question.
21     A.      No.
22 BY MR. BEN-EZRA:

Page 143

1      Q.      Have you ever offered an expert
2  opinion regarding the notion of something
3  being iconic in the context of trademark or
4  trade dress law?
5          MR. SHULL:  Object to the form
6      of the question.
7      A.      Not -- no.
8  BY MR. BEN-EZRA:
9      Q.      Have you ever issued an opinion
10 -- withdrawn.
11         Have you ever issued an expert
12 opinion on consumer expectations or
13 perceptions?
14         MR. SHULL:  Object to the form
15     of the question.
16     A.      I've definitely written about
17 consumer perceptions of brands.
18 BY MR. BEN-EZRA:
19     Q.      Have you ever prepared an
20 expert report in the context of a litigation
21 regarding consumer expectations or
22 perception?

Page 144

1      A.      Not that I know of.
2      Q.      Do you have any formal training
3  in the field of marketing?
4          MR. SHULL:  Object to the form
5      of the question.
6      A.      Well, that I worked for a
7  marketing agency for ten years.  I learned.
8  My father's been in marketing and
9  communications for his whole life, so I grew
10 up in that environment.
11 BY MR. BEN-EZRA:
12     Q.      So you're saying you grew up in
13 the environment of where your father worked,
14 in marketing?
15     A.      I'm saying that, you know,
16 understanding principles of marketing, things
17 like, you know, brands, all things we all
18 discussed a lot.  I didn't go to school for
19 that.  I wasn't formally trained, but I, you
20 know, had on-the-job training while I was
21 working at Deeter.
22     Q.      So on paragraph 15 of your

Page 145

1  report, Mr. Deeter, it says, "I first became
2  aware of YETI coolers in 2008, after seeing a
3  YETI Tundra cooler at a trade show in
4  Las Vegas, Nevada."
5      A.      Um-hum.
6      Q.      Do you see that?
7      A.      Yes.
8      Q.      What trade show are you
9  referring to?
10     A.      The ICAST show.  And it was
11 held in Las Vegas that year.
12     Q.      So the ICAST show varies in
13 location from year to year?
14     A.      You know, now it's stuck in
15 Orlando, and it has been for a few years, and
16 I think it will be for a couple more years.
17 They're contracted with the cities when they
18 go.  And back, you know, ten years ago, it
19 would alternate between Las Vegas and
20 Orlando.
21     Q.      Did you talk to anyone at the
22 Las Vegas trade show from YETI?

Page 186

1  We're used to the red Coleman-type coolers
2  with the white lid, so on and so forth.  And
3  this was a different front façade, so to
4  speak.  It was -- interesting latches,
5  interesting -- you know, the whole package.
6  It just looked different.
7       Q.   So I heard you say "different
8  front façade," "interesting latches."
9  Anything else that, to you, made the YETI
10 cooler stand out?
11      A.   It wasn't so much the specific
12 -- it was the overall impression was a
13 different -- it was a different beast than
14 what I had seen before.
15      Q.   Could you be more specific?
16      A.   Well, no.  Just the general
17 impression when you looked at the whole thing
18 was that it was not the typical Coleman
19 cooler.
20      Q.   And your statement that the
21 YETI Tundra you saw in 2008 was unique and
22 stood out, that's based on your own personal

Page 187

1  perspective; is that right?
2       A.   That's right.
3       Q.   Were there any other coolers
4  that you were familiar with at the time that
5  you thought the YETI looked different from?
6       A.   Yeah, I would say that Coleman
7  is a good example of what I was talking
8  about.
9       Q.   And that's all that comes to
10 mind?
11      A.   Right now.
12      Q.   Would you agree that what in
13 your opinion made the YETI Tundra look
14 different from other coolers related to the
15 functional features of the YETI Tundra?
16           MR. SHULL:  Object to the form
17      of the question.
18      A.   No.  I think that it was an
19 aesthetic difference.
20 BY MR. BEN-EZRA:
21      Q.   Were there any functional
22 features that stood out to you?

Page 188

1           MR. SHULL:  Object to the form
2      of the question.
3       A.   In terms of functional feature,
4  you mean like latches and stuff like that?
5  BY MR. BEN-EZRA:
6       Q.   Sure.
7       A.   You know, not anything that,
8  like, made a distinct impression.
9       Q.   So apart from the -- as you
10 described it, the front façade and the
11 interesting latches, you can't think of
12 anything else that made the YETI Tundra in
13 2008 look unique to you?
14          MR. SHULL:  Object to the form
15     of the question.
16      A.   Well, again, I don't remember
17 2008 as much as I remember it, like, now, in
18 terms of if I looked at a cooler now, I can
19 give you my impressions of that.  But 2008,
20 it was strikingly different in visual
21 appearance from other coolers that I had seen
22 and used up until that point.  Just the

Page 189

1  overall package.
2  BY MR. BEN-EZRA:
3       Q.   In paragraph 14, toward the
4  bottom -- it's actually on the same page we
5  were on, I think -- it starts on page 3,
6  actually.
7       A.   Uh-huh.
8       Q.   It says, "Consequently, I have
9  become very familiar with the needs of the
10 industry and the products available in the
11 industry to fill those needs."
12          Do you see that?
13      A.   Uh-huh.
14      Q.   How do you know what the needs
15 of the industry are?
16      A.   I talk to my readers, in the
17 context of Angling Trade, those who sell
18 products, and they know what their needs are
19 and their sales opportunities are.  I talk to
20 consumers as well.
21      Q.   Anything else?
22      A.   Huh-uh.

Page 198
1  part, on my perception of their advertising.
2  It's also, you know, their presence.
3          Again, you go to these events,
4  and you see the YETI presence at the ICAST
5  show.  You see the YETI presence at the Fly
6  Fishing Film Tour.  You see YETI associated
7  with, you know, youth camps, or they do
8  special breast cancer pink edition coolers
9  and so forth.  They're involved in a number
10 of facets.
11         So you turn around, in my
12 world -- as you walk through my world, you
13 know, every once in a while, you turn around
14 and you see -- you notice a YETI presence.
15     Q.    So then when you -- withdrawn.
16         So in making this opinion in
17 the beginning of paragraph 17, would you
18 agree that all those things that you just
19 mentioned, including, for example, seeing
20 banners in halls and seeing YETI presence at
21 different events and things like that, those
22 are all based on you going out and perceiving

Page 199
1  those things personally; is that right?
2        MR. SHULL:  Object to the form
3    of the question.
4     A.    Well, again, partially.  I also
5  hear that from other people who are there.
6  I don't go to every Fly Fishing Film Tour
7  event, for example.  And hear from people in
8  Maine, you know, what they've been able to
9  do.  Through the TU grapevine, I've heard
10 about stuff.
11         So other people have a
12 collective opinion that I am able to tap into
13 and share every once in a while.
14        THE VIDEOGRAPHER:  Excuse me,
15    Counsel.  Seven minutes until media
16    change.
17        MR. BEN-EZRA:  Okay.
18 BY MR. BEN-EZRA:
19     Q.    So in paragraph 17, you go on
20 to say, "In its advertisements, YETI
21 prominently shows off the design and
22 appearance of its Tundra and Roadie coolers."

Page 200
1          Is that right?
2     A.    Yes.
3     Q.    Can you explain, what do you
4  mean when you say they prominently show off
5  the design and appearance of the coolers?
6     A.    Oftentimes in a YETI
7  advertisement, it will look just like this.
8  It will show, boom, here's our cooler, and
9  then talk about its attributes.
10    Q.    How could any display of the
11 cooler not prominently, in your opinion, show
12 off the features of the cooler?
13        MR. SHULL:  Object to the form
14    of the question; calls for
15    speculation.
16    A.    You only see one side of the
17 cooler at a time.
18 BY MR. BEN-EZRA:
19    Q.    So in your understanding,
20 wouldn't any showing of a picture of a cooler
21 in advertising prominently show off the
22 design and appearance of the cooler?  And if

Page 201
1  not, can you explain why not?
2     A.    No, I think that if you're
3  going to prominently display your product in
4  an advertisement, it makes the impression of
5  what the product looks like.
6     Q.    Did you write that sentence in
7  paragraph 17?
8     A.    Which specific sentence?
9     Q.    The one we're talking about, it
10 states, "In its advertisements, YETI
11 prominently shows off the design and
12 appearance of its Tundra and Roadie coolers."
13    A.    Yes.  In the context of the
14 conversations that I had, those would be what
15 I said.
16    Q.    So you wrote that sentence?
17    A.    I said those words.
18    Q.    In paragraph 17, it goes on to
19 say, toward the bottom, "As a result, YETI is
20 extremely well-known as an industry leader in
21 its Tundra and Roadie coolers, and their
22 design and appearance have become famous and

Confidential Information
Kirk Deeter - November 30, 2016

52 (Pages 202 to 205)

Page 202

1  extremely well-known and popular."
2      Do you see that?
3  A.  Yep.  Yep.
4  Q.  Who wrote that sentence?
5  A.  Me, by the same process.
6  Q.  So what is your exact basis for
7  your opinion that YETI's Tundra and Roadie
8  coolers and their design and appearance have
9  become famous and extremely well-known and
10 popular?
11 A.  It's my opinion.  And it's --
12 the basis of my opinion is my immersement --
13 the immersal -- whatever the word is -- being
14 immersed in the market in fly fishing, being
15 at the events, being on the docks, being in
16 the rivers, being in the boats, things of
17 that nature, to see the uptake and the
18 immediate, you know, recognition of the YETI.
19 I think it's pretty clear.
20     So that's my opinion.  But I
21 stand by my opinion.
22 Q.  Okay.  So you're saying it's

Page 203

1  based on those different -- your perceiving
2  those different things that you mentioned,
3  including being immersed in the market in fly
4  fishing, being at events, being in the docks.
5  Is that right?
6  A.  Yeah.  Being in the boats,
7  being part of the culture of fly fishing and
8  fishing, in general.
9  Q.  Would you agree that the YETI
10 coolers' functionality and its performance
11 makes the YETI coolers well-known and
12 popular?
13     MR. SHULL:  Object to the form
14     of the question.
15 A.  I think that -- I think that
16 it's -- you know, function and performance is
17 part of any product's reputation but so is
18 how they look.  So I think it's a factor.  I
19 think both aesthetics and performance are a
20 factor.
21     THE VIDEOGRAPHER:  Counsel, two
22     minutes.

Page 204

1  BY MR. BEN-EZRA:
2  Q.  Where did you come up with the
3  idea that the YETI coolers are famous?
4  A.  I just think that, you know,
5  "famous" is a word that I used to, you know
6  -- came out of my mouth that describes
7  something that's widely recognized.  That's,
8  to me, what famous means.
9  Q.  Are you aware that the term
10 "famous" or "fame" has special meaning in the
11 trademark and trade dress context?
12 A.  I'm not.
13 Q.  You're saying that it wasn't
14 the lawyers here that proposed that word to
15 you?
16 A.  No.  I think that I said the
17 word "famous."
18 Q.  Did you perform any formal
19 market surveys, polls, or studies to support
20 your opinion regarding the popularity --
21     MR. SHULL:  Object to form of
22     the question.

Page 205

1  BY MR. BEN-EZRA:
2  Q.  -- of the YETI coolers?
3      MR. SHULL:  Object to the form
4      of the question.
5  A.  I didn't perform formal, but,
6  again, I go back to the -- being immersed in
7  the market.  I'm in a constant state of
8  research, constant state of tapping into the
9  feelings in the market.  So yes, I feel like
10 I'm tuned into that.
11     MR. BEN-EZRA:  Let's end it
12     there so we can switch the tape.
13     THE VIDEOGRAPHER:  This is the
14     end of Media 2.  We're going off the
15     record at 3:45.
16         - - -
17     (A recess was taken from
18     3:45 p.m. to 3:58 p.m.)
19         - - -
20     THE VIDEOGRAPHER:  We're back
21     on the record at 3:58.  This is
22     Media 3 in the deposition of Kirk

Page 222

1  since I wrote those books about guides, which
2  launched my career with Field & Stream, which
3  was about guides.  Was a guide myself.  Have,
4  you know, championed the role of the guide
5  for years.
6           It's my opinion that, you know,
7  based on my being part of that family, that's
8  why I form that opinion.
9       Q.    So what percentage of the fly
10 fishing guides in the United States have you
11 spoken with about YETI coolers face to face?
12      A.    Oh, I don't know.  Many.
13      Q.    15 percent?
14      A.    Oh, again, if I've -- what do
15 we qualify "discussion"?  Sitting one-on-one,
16 me talking to you?  What do you think about
17 YETI coolers?  I've probably had that
18 conversation with dozens of guides.
19           If you count standing on a
20 stage at a film tour event and talking to
21 people and say, Hey, did you guys notice this
22 film brought to you by YETI, blah, blah,

Page 223

1  blah, thousands of people.
2       Q.    But how many -- withdrawn.
3             About how many fly fishing
4  guides do you personally know that own a
5  YETI?
6       A.    I can't -- I can't even begin
7  to -- I would -- you know, I would estimate
8  I personal -- personally, I'm friends with a
9  couple hundred guides who own YETIs.
10      Q.    In forming your opinion that
11 we've been talking about in paragraph 19, did
12 you conduct a formal marketing survey or poll
13 to support your opinion that virtually every
14 fly fishing guide uses a YETI Tundra or
15 Roadie cooler?
16            MR. SHULL:  Object to the form
17      of the question.
18      A.    No.  I just fished with a lot
19 of guides.
20 ///
21 BY MR. BEN-EZRA:
22      Q.    And would it be the same answer

Page 224

1  to whether you conducted a formal survey or
2  poll to come up with your opinion that
3  90 percent of fly fishing guides would
4  consider YETI Tundra and Roadie coolers to be
5  the best coolers available?
6       A.    Yes.
7             MR. SHULL:  Object to the form
8       of the question.
9       A.    But yes.
10 BY MR. BEN-EZRA:
11      Q.    So paragraph 20 of your report,
12 it's a long paragraph.  Go ahead and take a
13 look at it.
14      A.    Uh-huh.  Uh-huh.
15            (Document reviewed.)
16      Q.    Let me know when you're ready.
17            (Document reviewed.)
18      A.    I'm ready.
19      Q.    And would you agree that in
20 paragraph 20, your statement includes that in
21 your experience, individuals in the outdoor
22 and fishing industry associate the overall

Page 225

1  design and appearance of the coolers with a
2  single source, and that source is YETI,
3  regardless of whether any words or brands are
4  on the coolers?
5             Do you see that?
6       A.    Um-hum.
7       Q.    And then you go on to talk
8  about, if you asked a hundred fishermen to
9  identify a YETI cooler out of a lineup, you
10 expect more than 90 to be able to do so,
11 regardless of whether the brand was on the
12 cooler.
13      A.    Yes.
14      Q.    What's the basis for your
15 opinion or opinions?
16      A.    Again, conversations and having
17 covered and been immersed in the fishing and
18 outdoor industry for the last, you know,
19 20 years.  And however long YETI's been
20 around, I've seen them kind of come onto the
21 market and grow.
22      Q.    So is it the same basis that we

Page 226

1  talked about for the last few questions?
2      MR. SHULL: Object to the form
3    of the question.
4      A.    It would be the fact that I'm
5  -- in producing the work that I produce, I
6  have a unique interaction with professionals
7  and consumers that take part in fishing,
8  specifically, and also the outdoors in
9  general.
10 BY MR. BEN-EZRA:
11     Q.    Okay. So am I correct in
12 saying that you're saying the basis for your
13 opinion is that -- or rather, is your
14 personal experiences in fishing and your
15 personal conversations and observations --
16     MR. SHULL: Object to the form
17    of the question.
18 BY MR. BEN-EZRA:
19     Q.    -- in the fishing industry?
20     A.    That's how I form all my
21 opinions, by my personal observations and
22 conversations with others.

Page 227

1      Q.    Have you had a discussion with
2  every fisherman in the United States about
3  whether they could recognize YETI Tundra or
4  Roadie coolers, regardless of whether any
5  words or brands are on the coolers?
6      A.    No, I have not.
7      Q.    How many have you spoken with
8  specifically about whether they could
9  identify a YETI Tundra or Roadie cooler,
10 regardless of whether any words or brands
11 were on the coolers?
12     A.    You know, I don't know specific
13 numbers, but I would assume that was dozens.
14     Q.    Did you conduct a formal survey
15 or poll to come up with your opinion?
16     A.    No --
17     MR. SHULL: Object to the form
18    of the question.
19     A.    -- not in the context that you
20 said, but my formal work is to test and
21 understand the opinions of people in the
22 market -- the outdoor market.

Page 228

1  BY MR. BEN-EZRA:
2      Q.    In paragraph 22, do you see
3  where it says, "Even if there were no YETI
4  labels on the Tundra and Roadie coolers or if
5  non-YETI labels were on the coolers, I would
6  expect that individuals in the outdoor and
7  fishing industry would be able to tell
8  whether a cooler is a YETI" because features
9  you identified in paragraph 21 --
10     A.    Um-hum.
11     Q.    -- are tell-tale signs that the
12 cooler is a YETI cooler?
13     A.    Um-hum.
14     Q.    So similar questions for your
15 statement here, that individuals in the
16 outdoor and fishing industry would be able to
17 tell a YETI cooler?
18     A.    Yeah, I believe they would.
19     Q.    And -- okay.
20           And is your basis for the
21 opinion here that we just talked about the
22 same as for the one we talked about in

Page 229

1  paragraph 20?
2      MR. SHULL: Object to the form
3    of the question.
4      A.    Yes. My basis for my opinions
5  in all of this is my professional immersion
6  in the fishing and outdoor market and
7  interacting with consumers and other media
8  professionals and retailers and
9  manufacturers.
10 BY MR. BEN-EZRA:
11     Q.    And in connection with that
12 opinion in paragraph 22, did you conduct a
13 formal survey or poll to come up with your
14 opinion?
15     MR. SHULL: Object to the form
16    of the question.
17     A.    Not in the context that we've
18 discussed, but my profession is pretty much a
19 rolling formal research.
20 BY MR. BEN-EZRA:
21     Q.    In paragraph 21, you state, in
22 the first sentence, "The design and

Page 230

1 appearance of YETI Tundra and Roadie coolers
2 have become iconic and famous in the outdoor
3 and fishing industry."
4     A.    Yes.
5     Q.    Where is your explanation of
6 how they became iconic in your opinion?
7     A.    I think that the brand
8 recognition factors that we talked about
9 already would constitute an icon or fame.
10     People -- I could pull a guide
11 off of the Street and show him a YETI cooler,
12 and if I were to bet -- if I had to bet you
13 $20, I'm sure he'd tell you that it was a
14 YETI cooler. I'd take the bet on that he'd
15 be able to do it on sight, or she'd be able
16 to do it on sight.
17     Q.    And just so it's clear, what's
18 your basis for your opinion that YETI Tundra
19 and Roadie coolers have become iconic?
20     A.    I think that they are -- in the
21 people that I've spoken with, in the anglers,
22 the consumers, the guides, the retailers who

Page 231

1 sell the product, it's become a brand that's
2 grown not only in recognition but in sales.
3 The brand, itself, started from two guys with
4 a pile of coolers at a trade show, to now,
5 YETI is larger than the entire fly fishing
6 market, so . . .
7     And that's not just fishing
8 that did that, that's all outdoor sports.
9 They've been -- you know, I go to my kid's
10 baseball game, and the moms all have little
11 YETI coolers and Ramblers that they're
12 drinking out of and stuff like that.
13     Q.    Okay. So you're saying that
14 the basis of your opinion that they have
15 become iconic is based on your personal
16 observations and including your conversations
17 with people you've spoken with, including
18 anglers, consumers, guides, retailers?
19     A.    And other media.
20     Q.    Okay. Are you aware that the
21 term "iconic" has a special meaning in the
22 trademark and trade dress context?

Page 232

1     A.    I don't.
2     Q.    Who chose the word "iconic" to
3 use?
4     A.    I did, specifically.
5     Q.    Okay. Looking at paragraph 21.
6     A.    Yes.
7     Q.    Go ahead and take a look at it.
8 Let me know when you're ready.
9     A.    I'm ready.
10     Q.    So you say, near the beginning,
11 that YETI Tundra and Roadie coolers have a
12 distinct look and appearance. Right?
13     A.    Right.
14     Q.    And the overall shape, design,
15 and appearance of the coolers contribute to
16 their distinctiveness.
17     A.    Yes.
18     Q.    Okay. And then you go on to
19 list some features; is that right?
20     A.    Yes.
21     Q.    Okay. So let's mark these.
22     - - -

Page 233

1     (Whereupon, Exhibit Deeter 313,
2 Color copy picture of YETI Tundra
3 cooler, No Bates, was marked for
4 identification.)
5     - - -
6     (Whereupon, Exhibit Deeter 314,
7 Color copy picture of YETI Roadie
8 cooler, No Bates, was marked for
9 identification.)
10     - - -
11     Q.    Mr. Deeter, what do you mean by
12 "the overall shape, design, and appearance"?
13     A.    I mean everything that you're
14 looking at.
15     Q.    Does that include certain
16 features in the Tundra and Roadie coolers?
17     A.    Well, the whole -- yeah, the
18 composite would include -- yep, all the
19 subparts.
20     Q.    Okay. You've been handed
21 what's been marked as Exhibits 313 and 314.
22     A.    Yes.